RALPH B. WATTLEY, Appellant, *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.

Submitted November 29, 1954; decided December 31, 1954.

*John Harlan Amen* and *Alfred J. Jollon* for motion.
*Frank A. Fritz* opposed.

Motion for leave to appeal denied upon the ground that an appeal lies as of right.